# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | JULIA A. MARINEZ<br>AKA: JULIA MARINEZ, JULIA<br>ARACELIS MARINEZ | CHAPTER 13 |
| | Debtor(s) | |
| | CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE | CASE NO: 5-19-00219-HWV |
| | Movant | |

## **AMENDED NOTICE**

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to the Chapter 13 Plan.

**Any previously received notice on this matter should be disregarded.**

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing to be held as stated below:

> May 5, 2021 at 09:30 AM
> U.S. BANKRUPTCY COURT
> MAX ROSENN U.S. COURTHOUSE
> 197 S. MAIN STREET
> WILKES BARRE, PA

YOU ARE FURTHER NOTICED that you MUST attend the hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH:  $ 1800.00**
**AMOUNT DUE FOR THIS MONTH:  $600.00**
**TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE:  $2400.00**

**NOTE:**
> **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**
>
> **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**
>
> If **submitting payment by U.S. First Class Mail** mail to**:**
> **CHAPTER 13 TRUSTEE, PO BOX 7005, LANCASTER, PA  17604**
>
> If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment

Case 5:19-bk-00219-HWV    Doc 37    Filed 04/08/21    Entered 04/08/21 12:30:03    Desc
Main Document    Page 1 of 3

to be applied.

2. You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated: April 8, 2021

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JULIA A. MARINEZ
AKA: JULIA MARINEZ, JULIA ARACELIS MARINEZ

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-19-00219-HWV

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Amended Notice by First Class Mail, unless served electronically, at the below address on April 8, 2021.

TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON, PA 18504-

JULIA A. MARINEZ
419 ALLEN ST.
WEST HAZLETON, PA 18202

Respectfully submitted,

s/ Liz Joyce
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036

Dated: April 8, 2021