IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*****************************************************************

IN RE: : CHAPTER 13
JULIA A. MARINEZ :
      Debtor(s) : CASE NO. 5-19-00219

*********************************************************************** **************************

**OBJECTION TO CERTIFICATION OF DEFAULT**
***********************************************************************************************

NOW COMES, Julia A. Marinez, the above Debtor, by and through his counsel, Tullio DeLuca, Esq., and files this Objection to Certification of Default and states the following:

    1. On June 08, 2022, a Motion to Dismiss due to material default was filed.

    2. On December 14, 2022, Jack N. Zaharopoulos, Esq. filed a Certificate of Default stating that the Debtor has failed to cure the arrears.

    3. Debtor's Counsel is in the process of contacting the Debtor to ascertain if the payments were made and/or ascertain if Debtor is in possession of the funds needed to cure the arrears.

    4. The Debtor requests that a hearing be scheduled on the Objection to the Certificate of Default.

    WHEREFORE, the Debtor respectfully requests that this Honorable Court sustain the Objection to the Certification of Default and deny the dismissal of the Chapter 13 Case.

    Respectfully submitted,

Date: December 14, 2022    /s/Tullio DeLuca
                                    Tullio DeLuca, Esquire
                                    PA ID #59887
                                    Counsel for Debtor
                                    381 N. 9th Avenue
                                    Scranton, Pa 18504

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**************************************************************************

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JULIA A. MARINEZ | : | |
| Debtor(s) | : | CASE NO. 5-19-00219 |

**********************************************************************************************

## CERTIFICATE OF SERVICE

**********************************************************************************************

The undersigned hereby certifies that on December 14, 2022 he caused a true and correct copy of Debtor's Objection to Certification of Default to be served Via electronic filing on the following CM/ECF participants:

    Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

Date of Mailing: December 14, 2022     /s/Tullio DeLuca
                                                  Tullio DeLuca, Esquire

Case 5:19-bk-00219-MJC   Doc 65   Filed 12/14/22   Entered 12/14/22 11:36:15   Desc
Main Document      Page 2 of 2