IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

***

| IN RE: | : | CHAPTER 13 |
| --- | --- | --- |
| JULIA A. MARINEZ | : | |
| Debtor(s) | : | CASE NO. 5-19-00219 |

***

## PRAECIPE TO WITHDRAW DEBTOR'S OBJECTION TO CERTIFICATE OF DEFAULT

***

AND NOW COMES, the Debtor, Julia A. Marinez, by and through her attorney, Tullio DeLuca, Esq., and requests the withdrawal of Debtor's Objection to Certificate of Default. Trustee consents to the withdrawal.

Respectfully submitted,

Date: January 18, 2023

/s/Tullio DeLuca
Tullio DeLuca, Esq.,
PA ID# 59887
Attorney for Debtor
381 N. 9th Avenue
Scranton, PA 18504

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
****************************************************************************
IN RE:                              :         CHAPTER 13
JULIA A. MARINEZ                    :
              Debtor(s)             :         CASE NO. 5-19-00219
****************************************************************************
```

## CERTIFICATE OF SERVICE

```
****************************************************************************
```

The undersigned hereby certifies that on January 18, 2023, he caused a true and correct copy of Debtor's Praecipe to Withdraw Debtor's Objection to the Certificate of Default, to be served via electronic filing on the following CM/ECF users:

Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

Date:   January 18, 2023            /s/Tullio DeLuca
                                    Tullio DeLuca, Esq.