| | |
|---|---|
| In re: | Case No. 19-00219-MJC |
| Julia A. Marinez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jan 18, 2023 | Form ID: pdf010 | Total Noticed: 16 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julia A. Marinez, 419 Allen St., West Hazleton, PA 18202-2624 |
| cr | + | BANK OF AMERICA N.A., C/O POWERS KIRN, LLC PENNSYLVANIA OFFICE, 8 NESHAMINY INTERPLEX DRIVE SUITE 215, TREVOSE, PA 19053-6980 |
| 5151835 | + | Anays Romano Jimenez, 546 West 180, Apt 43, Manhattan, NY 10033-5818 |
| 5458307 | + | BARCLAYS MORTGAGE TRUST 2021-NPL1,, MORTGAGE-BACKED SECURITIES, c/o POWERS KIRN, LLC, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 5458308 | + | BARCLAYS MORTGAGE TRUST 2021-NPL1,, MORTGAGE-BACKED SECURITIES, c/o POWERS KIRN, LLC, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 BARCLAYS MORTGAGE TRUST 2021-NPL1, |
| 5151837 | + | Carlo Vallejo, 8 E Clay Ave, West Hazelton, PA 18202-3800 |
| 5463474 | + | Gregory Funding, LLC, PO Box 25430, Portland, OR 97298-0430 |
| 5151840 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5151841 | + | Powers, Kirn & Associates, LLC, Eight Neshaminy Interplex, Ste. 215, Trevose, PA 19053-6980 |
| 5151842 | | Santander Consumer USA, Attn: Bankruptcy Dept., P.O. Box 56084, Dallas, TX 75356 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 18 2023 18:43:00 | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| 5179367 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 18 2023 18:43:00 | BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 5151836 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 18 2023 18:43:00 | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 5178350 | | Email/Text: bnc-quantum@quantum3group.com | Jan 18 2023 18:43:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5174100 | | Email/Text: G06041@att.com | Jan 18 2023 18:43:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5160239 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 18 2023 18:43:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| 5151839 | *+ | Julia A. Marinez, 419 Allen St., West Hazleton, PA 18202-2624 |

5151838    ##+    Juan Cabreja, 417 Allen St., West Hazleton, PA 18202-2624

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2023          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian C Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Sarah K. McCaffery | on behalf of Creditor BANK OF AMERICA N.A. ckohn@hoflawgroup.com |
| Sarah K. McCaffery | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE ckohn@hoflawgroup.com |
| Thomas Song | on behalf of Creditor BANK OF AMERICA N.A. tomysong0@gmail.com |
| Tullio DeLuca | on behalf of Debtor 1 Julia A. Marinez tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| JULIA A. MARINEZ<br>AKA: JULIA MARINEZ, JULIA ARACELIS MARINEZ<br>Debtor 1 | Chapter: 13<br>Case No.: 5-19-bk-00219-MJC |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>vs. Movant(s) | |
| JULIA A. MARINEZ<br>AKA: JULIA MARINEZ, JULIA ARACELIS MARINEZ<br>Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Dkt. # 64, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor be and it is hereby dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: January 18, 2023